# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KERNITA SIMMONS, on behalf of A.B., a minor, | : : : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : : | NO. 19-2205 |
| ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY, | : : : | |
| Defendant. | : : | |

## ORDER

**AND NOW**, this 29th day of January, 2020, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Judicial Review (Dkt. No. 15), Defendant's Response to Request for Review of Plaintiff (Dkt. No. 16), and Plaintiff's Reply Brief in Support of Request for Judicial Review (Dkt. No. 18), and for the reasons expressed in the accompanying Memorandum, **IT IS ORDERED** that:

1. The relief sought by Plaintiff is **GRANTED** as described below; and

2. The case is **REMANDED** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g), and in accordance with the accompanying Memorandum, will be assigned to a new Constitutionally appointed ALJ for a new hearing and Decision.
.

BY THE COURT:


 /s/ Henry S. Perkin
HENRY S. PERKIN
United States Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

KERNITA SIMMONS, : CIVIL ACTION
on behalf of A.B., a minor, :
              Plaintiff, :
   v. : NO. 19-2205
  :
ANDREW M. SAUL, COMMISSIONER :
OF SOCIAL SECURITY, :
             Defendant. :
_____:

## ORDER

**AND NOW**, this 29th day of January, 2020, it appearing by separate Order of the undersigned that this case is **REMANDED** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g), and in accordance with the Memorandum dated January 29, 2020,

**IT IS ORDERED** that **JUDGMENT IS ENTERED IN FAVOR OF PLAINTIFF REVERSING THE DECISION OF THE COMMISSIONER OF SOCIAL SECURITY** for the purposes of this remand only.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **CLOSE** this matter statistically.

                                      BY THE COURT:


                                      _/s/ Henry S. Perkin_____
                                      HENRY S. PERKIN
                                      United States Magistrate Judge